## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

KEVIN HAMM,

    Plaintiff,

v.

PULLMAN SST, INC.,

    Defendant.

Case No. 2:22-CV-11456

Hon. George Caram Steeh

---

| | |
|---|---|
| Batey Law Firm, PLLC<br>SCOTT P. BATEY (P54711)<br>Attorney for Plaintiff<br>30200 Telegraph Road, Suite 400<br>Bingham Farms, Michigan 48025<br>(248) 540-6800-telephone<br>(248) 540-6814-fax<br>sbatey@bateylaw.com | FISHER & PHILLIPS LLP<br>STEPHEN R. GEE (P80673)<br>Attorney for Defendant<br>300 Park Street, Suite 370<br>Birmingham, MI 48009<br>(248) 540-7041- telephone<br>(248) 540-8059- fax<br>sgee@fisherphillips.com |
| VENABLE LLP<br>RONALD W. TAYLOR<br>Attorney for Defendant<br>750 E. Pratt St., Ste 900<br>Baltimore, MD 2120<br>(410) 244-7654- telephone<br>(410)_244-7742- fax<br>rwtaylor@venable.com | VENABLE LLP<br>HAYLEY F. DEGNAN<br>Attorney for Defendant<br>1850 Towers Crescent Plaza, Suite 400<br>Tysons, VA 22182<br>(703) 905- 1504- telephone<br>(703) 821-8949- fax<br>hfdegnan@venable.com |
| | VENABLE LLP<br>KAREL MAZANEC<br>600 Massachusetts Ave NW<br>Washington D.C., 20001<br>202-344-4320 (phone)<br>202-344-8300 (facsimile)<br>kmazanec@venable.com |

## **NOTICE OF MEDIATION**

NOW COME the parties, by and through their attorneys and hereby notify the Court, in accordance with the August 25, 2023 Stipulated Order (ECF No. 18), that the parties will attend mediation on December 5, 2023 with David Kotzian acting as mediator.

| | |
|---|---|
| /s/ Scott P. Batey | /s/Karel Mazanec *(w/consent)* |
| SCOTT P. BATEY (P54711) | KAREL MAZANEC |
| Attorney for Plaintiff | Attorney for Defendant |

Dated: September 14, 2023